FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2013 SEP 20  A 9: 58

U.S. DISTRICT COURT
BRIDGEPORT, CONN

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NO: |
|  | : | (To be assigned) |
| TIMOTHY L. SMITH | : | 3:13 CV 1372 MRS |
|  |  |  |
| VS. | : |  |
|  |  |  |
| WESTLAKE FINACIAL SERVICES, | : |  |
| ET AL | : | SEPTEMBER 19, 2013 |

## PETITION OF REMOVAL

TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF CONNECTICUT

The undersigned defendant respectfully petitions this Court as follows:

1.   The petitioner is a defendant in a civil action, bearing Docket Number SCC-504572, commenced in the Superior Court of the State of Connecticut Small Claims Session, Judicial District of Waterbury at Waterbury, Connecticut. A copy of the Writ and Notice of Suit in that action is attached hereto as Exhibit A.

2.   The Writ and Notice of Suit were mailed to the defendant on or about August 22, 2013. Counsel for the undersigned defendant files this

petition for removal. This petition is being filed pursuant to 28 U.S.C. §1446(b).

3. Based on the foregoing, this action is one which may be removed to this Court pursuant to 28 U.S.C. §1446(b) because this Court has jurisdiction pursuant to 28 U.S.C. §1331.

4. Venue is proper pursuant to 28 U.S.C. §1391.

5. Pursuant to 28 U.S.C. §1446(d), the defendant has on this date notified said Superior Court of the State of Connecticut of the filing of this petition. A copy of the Notice of Removal filed in the Superior Court is attached hereto as Exhibit B.

WHEREFORE, pursuant to the provisions of 28 U.S.C. §§1441, 1446, the defendant requests that this action be removed from the Superior Court Small Claims Session of the State of Connecticut Judicial District of Waterbury at Waterbury and henceforth proceed in this Court.

THE DEFENDANT,
West Asset Management

BY _/s/ Mark A. Perkins_____
MARK A. PERKINS
MAHER & MURTHA, LLC
528 Clinton Avenue, P.O. Box 901
Bridgeport, CT 06601
Phone (203) 367-2700
Fed. Bar No. CT 22419
mperkins@maherandmurtha.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 19th day of September, 2013, to:

Timothy L. Smith
32 Sarsfield Street, #D
Waterbury, CT 06704

Westlake Financial Services
4751 Willshire Blvd.
Los Angeles, CA 90010

Sprint Corporation
6500 Sprint Parkway
Overland Park, KS 66251

BY _/s/ Mark A. Perkins_____
MARK A. PERKINS

EXHIBIT "A"

**SMALL CLAIMS WRIT AND NOTICE OF SUIT**
JD-CV-40 Rev. 8-11
C.G.S. §§ 51-15, 51-345(g)

**CONNECTICUT SUPERIOR COURT**
**SMALL CLAIMS SESSION**

Type or print legibly. This Writ and Notice of Suit must be served on (delivered to) the defendant(s) before filing it with the court. See Instructions to Plaintiff on reverse.

For Court Use Only
Do Not Write In This Space
Barcode Label Only

1.) Information that will determine where the trial will be

**Address for Plaintiff**

2.) Is this a claim between a landlord and a renter? ("X" one) [ ] Yes [ ] No
3.) If you answered "yes" to question #2 above, state the town where the rental premises is located:

4.) Name, address and zip code of Plaintiff #1

**PLTF #1**
Timothy L. Smith
32 Sarsfield Street #D
Waterbury, CT 06704

Telephone number (w/area code): (203) 578-7470
("X" One): [X] Individual  [ ] LLC  [ ] DBA  [ ] Partnership  [ ] Corporation

Name, address and zip code of Plaintiff #2

5.) Name, address and zip code of Attorney for Plaintiff(s)

Attorney's Juris number | Telephone number (w/area code)

6.) Name, address and zip code of Defendant #1

**DEF #1**
Westlake Financial Services
4751 Wilshire Blvd
Los Angeles, CA 90010

Telephone number (w/area code): (323) 692-8800
("X" One): [ ] Individual  [ ] LLC  [ ] DBA  [X] Partnership  [ ] Corporation

Name, address and zip code of Defendant #2

**DEF #2**
Sprint Corporation
6500 Sprint Parkway
Overland Park, KS 66251

Telephone number (w/area code): (703) 433-4000
("X" One): [ ] Individual  [ ] LLC  [ ] DBA  [X] Corporation

For more than 2 defendants, attach Continuation of Parties, Form JD-CV-67, and "X" box. [X]

7.) If this claim is a consumer debt (a debt or obligation made primarily for personal, family or household reasons), give the reasons why you believe that the statute of limitations has not expired.

8.) How did you check in the last 6 months that the address given for defendant(s) is accurate? "X" all boxes that apply and provide the dates that the address was checked.

[ ] 1) I checked town or city records (for example, checking a street list or tax records); _____ (date checked)

[ ] 2) I checked with the Department of Motor Vehicles; _____ (date checked)

[X] 3) I received correspondence (letters or other mail) from the defendant with that return address; _____ (date checked)

[ ] 4) I received other proof from the defendant that the address is current;
I checked the Secretary of State website for each defendant on 8/19/13. I also called the defendants and verified the addresses were correct that are listed on my credit report. (description of proof and date checked)

[ ] 5) I mailed by first class mail, at least 4 weeks before this small claims action was filed, a letter to the defendant at the address used and the letter has not been returned to me by the United States Postal Service. _____ (date checked)

9.) Amount claimed
5000.00    **Plus costs**

10.) You are being sued. The Plaintiff(s) claims you owe the above amount for the following reasons:

**False and inaccurate credit reporting which is causing me financial distress. See attached.**

The person signing below, being duly sworn, states that he or she has read the claim above and the information contained in this form and, to the best of his or her knowledge, information and belief, there is good ground to support the claim and the information is true.

11.) Signed [signature]
Type in name of person signing at left and title, if applicable
**Timothy Smith**

For Court Use Only (Date/Stamp)

Subscribed and sworn to before me on (Date)
8/19/13

Signed (Clerk, Notary, Commissioner of Superior Court) [signature]

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA/.

Distribution:   Original - Court   Copy 1 - Defendant   Copy 2 - Defendant   Copy 3 - Plaintiff
[Print Form]   Page 4 of 5   [Reset Form]

**CONTINUATION OF PARTIES**
JD-CV-67 New 2-08

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

FIRST NAMED PLAINTIFF (Last, First, Middle Initial)
Smith, Timothy L.

FIRST NAMED DEFENDANT (Last, First, Middle Initial)
Westlake Financial Services,

### ADDITIONAL PLAINTIFFS

| NAME (Last, First, Middle Initial, if Individual) | ADDRESS (No., Street, Town and ZIP Code) |
|---|---|
| | |

### ADDITIONAL DEFENDANTS

| NAME (Last, First, Middle Initial, if Individual) | ADDRESS (No., Street, Town and ZIP Code) |
|---|---|
| West Asset Management, Inc. | 11808 Miracle Hills Drive, Omaha, NE 68154 (402) 390-8444 |

FOR COURT USE ONLY - FILE DATE

DOCKET NO.

CONTINUATION OF PARTIES

Smith v. Westlake Financial Services, et al.

False and Inaccurate credit reporting by WestLake Financials Services, Sprint Corporation and West Asset Management, Inc.

WestLake Financial Services ("WFS") is inaccurately reporting an account to the credit bureaus. I paid of a Lexus which I financed with WFS in May 2012. The Lexus was totaled and my insurance company sent a check directly to them for the balance of the account. For some odd reason, WFS is reporting the account as "Paid, was past due 180 days or more". I was never late with this account and this inaccurate reporting is negatively impacting my credit. I am not able to obtain a car loan. I have been in contact with WFS and they will not correct the error.

Sprint Corporation ("Sprint") allowed someone to fraudulent open an account in my name. I am told by Sprint that on or about May 21, 2012 someone opened account #526307214 with an address of 25 Highland Avenue, Johnston, RI 02919 with a balance of $1970. I have never opened an account or had an account with Sprint. Sprint sold this account to West Asset Management.

These accounts are being reported to credit bureaus falsely and inaccurately and have had an effect on me to not obtain an apartment and affecting me with the purchase of a car. I have also applied for new insurance and credit cards and these negative factors caused me to pay more or be denied.

TIMOTHY SMITH
Report As Of: 8/19/2013



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

| WEST ASSET MANAGEMENT | Experian | Equifax | TransUnion |
|---|---|---|---|
| Potentially Negative Closed | **Account Name:** WEST ASSET MANAGEMENT | | |
| | **Account #:** 2932XXXX | | |
| 402-390-8444 | **Account Type:** Collection Department / Agency / Attorney | | |
| 7171 MERCY RD | **Balance:** $1,970.00 | **What's missing from this picture?** | |
| OMAHA, NE 68106 | **Past Due:** $1,970.00 | | |
| | **Date Opened:** 2/1/2013 | See your Experian®, Equifax® and TransUnion® Credit Reports and Scores at a special "Members Only" price. | Log In Now! www.FreeCreditReport.com |
| | **Account Status:** Closed | | |
| | **Mo. Payment:** | | |
| | **Payment Status:** Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department | | |
| | **High Balance:** | | |
| | **Limit:** | | |
| | **Terms:** 1 Month | | |
| | **Comments:** Account in dispute-reported by subscriber | | |

**21/Mo Payment History**

| | 2011 | | | | 2012 | | | | | | | | | | | | 2013 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG |
| Experian | | | | | | | | | | | | | | | | | | | | KD | ND | ND | KD | KD |

TIMOTHY SMITH
Report As Of: 8/19/2013



---

## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.



**WESTLAKE FINANCIAL SVC** — Experian

Current Closed
323-692-8800
4751 WILSHIRE BLVD
LOS ANGELES, CA 90010

| Field | Value |
|---|---|
| Account Name | WESTLAKE FINANCIAL SVC |
| Account # | 339XXXX |
| Account Type | Auto Loan |
| Balance | |
| Past Due | |
| Date Opened | 11/1/2011 |
| Account Status | Closed |
| Mo. Payment | |
| Payment Status | Paid, was past due 180 days or more |
| High Balance | |
| Limit | |
| Terms | 25 Months |
| Comments | |

Equifax / TransUnion — What's missing from this picture? See your Experian, Equifax and TransUnion Credit Reports and Scores at a special "Members Only" price. Log In Now! www.FreeCreditReport.com

**24/Mo Payment History**

| Year | 2010 | | | | | | | 2011 | | | | | | | | | | | | 2012 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY |
| Experian | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 120 | 120 | OK | OK | OK | OK |



**WESTLAKE FINANCIAL SVC** — Experian

Current Closed
323-692-8800
4751 WILSHIRE BLVD
LOS ANGELES, CA 90010

| Field | Value |
|---|---|
| Account Name | WESTLAKE FINANCIAL SVC |
| Account # | 339XXXX |
| Account Type | Auto Loan |
| Balance | |
| Past Due | |
| Date Opened | 11/1/2011 |
| Account Status | Closed |
| Mo. Payment | |
| Payment Status | Paid satisfactorily |
| High Balance | |
| Limit | |
| Terms | 25 Months |
| Comments | |

Equifax / TransUnion — What's missing from this picture? See your Experian, Equifax and TransUnion Credit Reports and Scores at a special "Members Only" price. Log In Now! www.FreeCreditReport.com

**24/Mo Payment History**

| Year | 2010 | | | | | | | 2011 | | | | | | | | | | | | 2012 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY |
| Experian | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

https://dms.dealercenter.net/Print Document/Customer/PrintCreditRep

```
*West Asset Management      02-13      $1,970-0                         COLLACCT
 1606770 YC COL 001    1    04-15-13   $1,970           4-13      ( 1) 9
 29325882                                               $1,970
 Original Creditor: SPRINT

*Eastern Account System     04-08      $96-0                            COLLACCT
 0981158 YC COL 001    1    07-10-08   $96              7-08      ( 1) 9
 00000000013294468                                      $96
 Original Creditor: MEDICAL PAYMENT DATA

*Westlake Financial SVC     11-11      $5,641-0                  PAID   CUR WAS 180
 3521779 FP AUT 025    1    05-15-12                    5-12     (18)  BCCC66CCCCCCC
 3391810                                                                CCCCC

 Westlake Financial SVC     11-11      $5,641-0                  PAID   CURR ACCT
 3521779 FP AUT 025    1    05-15-12                    5-12     (12)  BCCCCCCCCCCC
 3391810                     5-12

---------------------------------- INQUIRIES ---------------------------------
 Nccinc/Major Automotiv 07-27-13   1952380 AN           AUT
 Bank Of America        07-26-13   1217350 BC
 Weimark                01-16-13   6956109 ZT           REN
 Nowcom/Westlake Financ 11-15-12   1620920 FA           AUT
 Nowcom/P & D Garage &  11-08-12   1946489 AU           AUT
 Nowcom/Westlake Financ 09-24-12   1620920 FA           AUT
 Nowcom/P & D Garage &  09-17-12   1946489 AU           AUT
 Gecrb/JC Penney        06-09-12   1354830 DC
 Nowcom/Westlake Financ 11-30-11   1620920 FA           AUT
 Nowcom/P & D Garage &  11-14-11   1946489 AU           AUT

End Report -- Experian Data Formatted by MERIT
```

INSTRUCTIONS TO DEFENDANT
(NOTICE TO PERSON BEING SUED)
JD-CV-121 Rev. 7-12

Please read the instructions carefully.

*For more information, get a copy of HOW SMALL CLAIMS COURT WORKS (form JDP-CV-45) from the Clerk's Office or from our website at www.jud.ct.gov/faq/smallclaims.html.*

## What Do I Have To Do To Defend This Case?

The person suing you (the Plaintiff) delivered to you (served you with) a copy of the Small Claims Writ and Notice of Suit; and related documents, if any. The plaintiff will now file the Small Claims Writ and Notice of Suit and related documents with the court. The court will send you an Answer form and a Counterclaim form with the number the court assigns to the case, called the "docket number" of the case, and the date you must file your Answer, and Counterclaim if you make one, by. The Answer form and the Counterclaim form should be sent to you soon but it could take up to 6 weeks depending on when the plaintiff files the case with the court.

The Answer is your response or reply to the plaintiff's claim. If you claim the plaintiff owes you money, this is called a Counterclaim. There is a $90.00 fee to file a Counterclaim. Your Answer, and your Counterclaim if you make one, should be specific but brief. Fill out the entire Answer form, and the Counterclaim form if you make a Counterclaim, and sign them. Keep a copy of each for yourself and send a copy to each attorney or other representative of the plaintiff, or if the plaintiff is representing himself or herself, to the plaintiff. Send the original Answer form to the court by mail, fax or hand delivery at the address or fax number shown below on or before the answer date. If you make a Counterclaim, mail the original Counterclaim with the $90.00 fee to the court or hand deliver them to the address shown below on or before the answer date. **You cannot fax a Counterclaim and its filing fee to the court.** Please be sure to give us any change of your address.

Do not answer until you get the Answer form and Counterclaim form from the court but if you do not get an Answer form and Counterclaim form within 6 weeks of being served, contact the court to ask why. If you do not file an Answer in writing with the court, a money judgment could enter against you. This is called a default judgment.

You may make an agreement with the plaintiff before the plaintiff files the lawsuit in court or at any time before the court enters a judgment. You may hire a lawyer to represent you if you want to.

You can find helpful information on our website at: http://www.jud.ct.gov/faq/smallclaims.html and you may check the status of your case after it has been given a docket number at: http://www.jud2.ct.gov/Small_Claims/.

If you have any questions, you can visit or call the **Centralized Small Claims Office at 80 Washington Street, Hartford, CT 06106.** The telephone number in the Hartford area is 860-756-7800. The toll free telephone number in Connecticut is 866-383-5927. The fax number is (860) 756-7805.

You do not need an attorney even if the plaintiff has one. However, you can have an attorney if you want to hire one.

If you want to use the regular rules of court in this case or if you want the right to appeal this case, you must file a motion to transfer the case to the regular civil or housing docket of the superior court. You may need an attorney to help you in filing that motion and you will have to pay fees to file it. The motion to transfer **must** be filed, in writing, with an affidavit and with the correct fees, **on or before the answer date.**

**What Happens If I Do Not File An Answer?** If you do not file an Answer, the file will be reviewed by a magistrate who will decide whether a judgment can enter without a hearing for the full amount of the claim plus court costs, or if a trial needs to be scheduled.

**What Happens If I File An Answer?** If you file an Answer, do not go to court on the answer date. After the court receives your Answer, a trial will be scheduled if one is required. Cases are scheduled for trial as quickly as possible.

**What Should I Do If The Plaintiff Owes Me Money?** If you claim the plaintiff owes you money, this is called a Counterclaim. Explain how much the plaintiff owes you and why on the Counterclaim form. Fill out the entire Counterclaim form and sign it. Keep a copy for yourself and send a copy to each attorney or other representative of the plaintiff, or if the plaintiff is representing himself or herself, to the plaintiff. Mail the original Counterclaim form with the

[ Print Form ]

$90.00 fee to the court or hand deliver them to the address shown above on or before the answer date. Please be sure to give us any change of your address.

**What If I Know I Owe The Plaintiff Some Money?** If you know you owe the plaintiff something, but you do not agree with the amount the plaintiff is asking for or you are not sure how much you owe the plaintiff, you should file a written Answer. This gives you a chance to come to court for a trial to question how the plaintiff added up the amount claimed.

**What Should I Do If I Admit That I Owe The Plaintiff The Whole Amount?** If you are sure that you owe the whole amount but you want time to pay, you must file an Answer **not later than the Answer date**, stating that you want time to pay the claim and why you are asking for the extra time to pay. You may ask for a period of time during which you can make payments that you suggest. If you do not, and you are an individual, the court will enter a judgment with an order of payments of $35.00 each week until the judgment is paid. If you ask to pay less than $35.00 per week and the plaintiff does not agree, a trial will be scheduled.

A judgment against a business entity, for example, a corporation, or a judgment against a landlord for return of a security deposit, will be ordered paid in the full amount. This will be entered as a judgment of the court.

If you pay the plaintiff/plaintiff's attorney the full amount owed **plus costs**, if any, before the answer date, tell the court on the Answer form. **Do not send payment(s) to the court.**

**Where And When Do I Have To Go To Court?** If a trial is required, you will be sent a notice of the date, time and place of the trial. Even if you filed an Answer or a request for time to pay, the court can enter a judgment against you if you do not come to court on the date and time set for the trial.

**What Do I Need To Bring To Court?** On the day of the trial, you must bring all your witnesses and evidence (bills, invoices, checks) to court with you. This includes any defective or damaged goods that can be brought to court safely and easily, estimates of damages, pictures, and anything else that you want the court to look at. Be complete and organized in your case. A small claims judgment cannot be appealed.

---

**ADA Notice**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA/.

---



**Small Claims Home**  **Prev Page**  **Site Help**  **Comments Page**     Small Claims

## CASE SEARCH RESULT(S) FOR DOCKET NUMBER SCC-504572
### AS OF 9/19/2013 6:04:23 AM.

### Case Summary

Case Caption : SMITH vs. WESTLAKE FINANCIAL SERVICES et al
Court : Waterbury JD
Docket No : SCC-504572
Case Type : Contract - Other
File Date : 08/21/2013
Amount of Claim : $5,000.00
Answer Date : 09/11/2013
Entry Fee : $90.00
Last Hearing Date: --
Last Hearing Reason : --

### Judgment Information

Magistrate :
Disposition Date : 09/11/2013
Disposition : Other
Damages Awarded : $0.00
Entry Fee : $0.00
Prejudgment Interest : $0.00
Service Costs : $0.00
Attorney's Fees : $0.00
Other Costs : $0.00
Payments Ordered :
First Payment Due :
Judgment Satisfied On :
**Total Amount of Judgment and Costs Awarded : $0.00**

### Parties / Attorneys

| Party No | Party Name | Answer | Attorney Name & Address |
|---|---|---|---|
| 1 Plaintiff | TIMOTHY L. SMITH | | |
| 50 Defendant | WESTLAKE FINANCIAL SERVICES | Denied | |
| 51 Defendant | SPRINT CORPORATION | Denied | |
| 52 Defendant | WEST ASSET MANAGEMENT | Denied | MAHER & MURTHA<br>Juris No : 035304<br>PO BOX 901<br>BRIDGEPORT, CT 06601 |

### File Activity

| # | Date | Activity |
|---|---|---|
| 1 | 08/22/2013 | Def. Answer Notice Sent on 8/22/2013 -PPS |
| 2 | 08/22/2013 | Def. Answer Notice Sent on 8/22/2013 -PPS |
| 3 | 08/22/2013 | Def. Answer Notice Sent on 8/22/2013 -PPS |
| 4 | 09/12/2013 | Withdrawal Filed - Moot. On 9/11/13, Defendant Attorney filed Notice to State |

|   |            | Court of Removal to the U.S. District Court of CT |
|---|------------|---------------------------------------------------|
| 5 | 09/12/2013 | Disposition Notice - Other Sent 9/11/2013         |
| 6 | 09/16/2013 | Disposition Notice - Other Sent 9/11/2013         |
| 7 | 09/16/2013 | Disposition Notice - Other Sent 9/11/2013         |

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's |
Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Search | Home

Common Legal Terms | Contact Us | Small Claims Disclaimer

Copyright © 2012, State of Connecticut Judicial Branch

http://www.jud2.ct.gov/Small_Claims/sc_SearchDocketResult.asp                    9/19/2013

EXHIBIT "B"

| | | |
|---|---|---|
| NO. SCC-504572 | : | SUPERIOR COURT |
| TIMOTHY L. SMITH | : | SMALL CLAIMS |
| VS. | : | G.A. #4 AT WATERBURY |
| WESTLAKE FINANCIAL SERVICES, ET AL | : | SEPTEMBER 19, 2013 |

## NOTICE TO STATE COURT OF REMOVAL

To the Clerk of the Connecticut Superior Court for the Small Claims Session, 400 Grand Street, Waterbury, Connecticut: Notice is hereby given that this case is being removed to the United States District Court for the District of Connecticut, based upon the fact that the allegations of the complaint asserts a federal question. You are advised to take no further action.

THE DEFENDANT,
West Asset Management, Inc.

BY _____
Mark A. Perkins
Maher and Murtha, LLC
528 Clinton Ave., P.O. Box 901
Bridgeport, CT   06601
Phone # (203) 367-2700
Fax # (203) 335-0589
Fed. I.D. # CT22419
mperkins@maherandmurtha.com

# CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 19th day of September, 2013 to:

Timothy L. Smith
32 Sarsfield Street #D
Waterbury, CT 06704

Sprint Corporation
6500 Sprint Parkway
Overland Park, KS 66251

Westlake Financial Services
4751 Willshire Blvd.
Los Angeles, CA 90010

BY _____
Mark A. Perkins

2