FILED

2013 SEP 20 I A 9: 58

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| NO. SCC-504572 | : | SUPERIOR COURT |
| TIMOTHY L. SMITH | : | SMALL CLAIMS |
| VS. | : | G.A. #4 AT WATERBURY |
| WESTLAKE FINANCIAL SERVICES, ET AL | : | SEPTEMBER 19, 2013 |

## NOTICE TO PARTY OF REMOVAL

TO:  Timothy Smith
     32 Sarsfield Street #D
     Waterbury, CT  06704

Notice is hereby given that this case has been removed to the United States District Court for the District of Connecticut on this 19th day of September, 2013.

THE DEFENDANT,
West Asset Management, Inc.

BY _____
Mark A. Perkins
Maher and Murtha, LLC
528 Clinton Ave., P.O. Box 901
Bridgeport, CT   06601
Phone # (203) 367-2700
Fax # (203) 335-0589
Fed. I.D. # CT22419
*mperkins@maherandmurtha.com*

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 19th day of September, 2013 to:

Timothy L. Smith
32 Sarsfield Street #D
Waterbury, CT 06704

Sprint Corporation
6500 Sprint Parkway
Overland Park, KS 66251

Westlake Financial Services
4751 Willshire Blvd.
Los Angeles, CA 90010

BY _____
Mark A. Perkins