FILED

2013 SEP 20  A 9: 58

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIMOTHY L. SMITH,<br>    Plaintiff, | :<br>:<br>: |
| VS. | :    CIVIL ACTION NO.: |
| | : |
| WESTLAKE FINANCIAL SERVICES;<br>SPRINT CORPORATION; and WEST<br>ASSET MANAGEMENT, INC.,<br>    Defendants. | :<br>:<br>:<br>:    SEPTEMBER 19, 2013 |

## STATEMENT PURSUANT TO
## STANDING ORDER IN REMOVED CASES

Counsel for the defendant, West Asset Management, Inc., hereby submit this statement concerning the above-captioned matter and states as follows:

1. The date on which each defendant first received a copy of the Summons and Complaint in this court action:

**On or about August 20, 2013.**

2.   The date on which each defendant was served with a copy of the Summons and Complaint, if any of those dates are different from the dates set forth in item 1.

**The defendant has no knowledge as to when the non-appearing defendants were served with the Summons and Complaint.**

3.   In diversity cases whether any defendant who has been served is a citizen of Connecticut.

**Not applicable.**

4.   If the removal takes place more than thirty days after any defendant first received a copy of the Summons and Complaint, the reasons why removal has taken place at this time.

**Not applicable.**

5.   The name of any defendant served prior to the filing of the Notice of Removal who has not formally joined in the Notice of Removal and the reasons why any such defendant did not join in the Notice of Removal.

**Upon information and belief, the plaintiff has settled with the other defendants, Westlake Financial Services and Sprint Corporation.**

6.  Pending Motions.

    **There are no pending motions at this time.**

    This statement is hereby signed as follows:

                                    THE DEFENDANT,
                                    West Asset Management, Inc.

                                    BY _____
                                    Mark A. Perkins
                                    Maher and Murtha, LLC
                                    528 Clinton Ave., P.O. Box 901
                                    Bridgeport, CT   06601
                                    Phone # (203) 367-2700
                                    Fax # (203) 335-0589
                                    Fed. I.D. # CT22419
                                    *mperkins@maherandmurtha.com*

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 19th day of September, 2013 to:

Timothy L. Smith
32 Sarsfield Street #D
Waterbury, CT  06704

Sprint Corporation
6500 Sprint Parkway
Overland Park, KS  66251

Westlake Financial Services
4751 Willshire Blvd.
Los Angeles, CA  90010

                                    BY _____
                                    Mark A. Perkins