UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2013 OCT 16  P 12: 47
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| TIMOTHY L. SMITH )<br>Plaintiff, )<br> )<br>VS. )<br> )<br> ) CIVIL ACTION NO.: 13-cv-01372-MPS<br> )<br>WESTLAKE FINANCIAL SERVICES; )<br>SPRINT CORPORATION; AND WEST )<br>ASSET MANAGEMENT, INC., )<br> )<br>Defendants. ) October 15, 2013 | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, hereby gives notice that all defendants are dismissed with prejudice from this action.

_____
Timothy L. Smith
Plaintiff
32 Sarsfield Street #D
Waterbury, CT 06902

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been sent on this 15th day of October, 2013 to:

Litigation Intake Clerk
Sprint
12502 Sunrise Valley Drive-2nd Fl.
Reston, VA 20196

Westlake Financial Services
4751 Wilshire Blvd., Suite 100
Los Angeles, CA 90010

Mark A. Perkins
Maher & Murtha, LLC
528 Clinton Avenue
Bridgeport, CT 06601

BY: _____